

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00174-CR

| | | |
|---|---|---|
| ERIC FOBBS, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1648121) |
| V. | § | May 23, 2024 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments. The judgment to Count-One is modified to delete the $100 fine and reflect that no fine was assessed. We affirm the Count-One judgment as modified.

The judgment to Count-Three is modified to delete the portion of the judgment identifying the offense as indecency with a child by sexual contact and

reflect the offense as sexual assault of a child.  We affirm the Count-Three judgment as modified.

We affirm the Count-Four and Count-Five judgments.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack